IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

CYNTHIA WALKER, ET AL.                                        PLAINTIFFS

VS.                                           CIVIL ACTION NO. 4:10CV119-P-V

DOLGENCORP, LLC                                               DEFENDANT

ORDER

This matter is before the court on motion of the defendants to stay (# 39) pending a ruling on the motion to transfer. A seven month stay in this case was just recently lifted on July 27, 2011, following a ruling on defendant's motion to dismiss. After considering the motion and the response thereto, the court finds as follows:

With the present motion, the defendant contends this action should be stayed because it may be transferred back to the Southern District of Mississippi, and as such, to begin proceedings here *may* affect the scope of discovery or expedite the resolution of this case. The plaintiffs respond that a stay of the case will have an adverse affect on potential class members that have not been given notice to have the opportunity to join the case due to a fast approaching statute of limitations. The court agrees with the plaintiffs.

IT IS, THEREFORE, ORDERED that the defendants' motion to stay the present action (# 39) is hereby DENIED.

SO ORDERED, this the 19th day of September 2011.

/s/ Jane M. Virden
UNITED STATES MAGISTRATE JUDGE